IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**ROGER THORSON**                                                                 **PETITIONER**

VS.                                              CIVIL ACTION NO.: 1:12CV67DPJ

**CHRISTOPHER EPPS, Commissioner,**
**Mississippi Department of Corrections**
**and JIM HOOD, Attorney General of**
**the State of Mississippi**                                              **RESPONDENTS**

## ORDER SUBSTITUTING RESPONDENT COMMISSIONER

This matter came before the Court *sua sponte*, on a review of the docket. The Court takes judicial notice that Christopher Epps has been replaced as the Commissioner of the Mississippi Department of Corrections with Marshall L. Fisher.

IT IS, THEREFORE, ORDERED that the Clerk of Court is directed to edit the docket in this matter to reflect that Marshall L. Fisher should replace Christopher Epps as a Respondent.

IT IS SO ORDERED, this the 13th day of January, 2015.

                                                s/ *Daniel P. Jordan III*
                                                UNITED STATES DISTRICT JUDGE