IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**ROGER THORSON**                                                                                             **PETITIONER**

**VS.**                                                                            **CIVIL ACTION NO. 1:12CV67DPJ**

**MARSHALL L. FISHER, Commissioner,**
**Mississippi Department of Corrections,**
**and JIM HOOD, Attorney General**                                                **RESPONDENTS**

## ORDER GRANTING MOTION FOR ADDITIONAL TIME

This matter came before the Court on Respondents' Motion for Enlargement of Time within which to File Memorandum of Authorities in Support of Answer to Petition for Writ of Habeas [Doc. #37], by which Respondents seek an additional thirty days within which to file this Brief. After the filing of this Motion, the Court was advised that Petitioner has no objection to the extension of time. The Court has reviewed the Motion, which is the fourth such request, and the grounds advanced for the extension and is of the opinion that the Motion has merit and should be granted.

IT IS THEREFORE, ORDERED that Respondents' Motion for Enlargement of Time within which to File Memorandum of Authorities in Support of Answer to Petition for Writ of Habeas [Doc. #37] is hereby **GRANTED**, and the Memorandum of Authorities is due on or before November 2, 2015.

SO ORDERED this 2nd day of October, 2015.

s/ *Daniel P. Jordan III*
UNITED STATES DISTRICT JUDGE