THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

ROGER THORSON                                                                                      PETITIONER

VS.                                                                      CIVIL ACTION NO. 1:12CV67DPJ

MARSHALL L. FISHER, Commissioner,
Mississippi Department of Corrections,
and JIM HOOD, Attorney General                                                         RESPONDENTS

ORDER GRANTING ADMISSION PRO HAC VICE
AND UNOPPOSED MOTION TO STAY

This matter came before the Court on the Application for Admission *Pro Hac Vice* submitted by Nicholas F. Aldrich, Jr., who wishes to appear as co-counsel for Petitioner Roger Thorson, and the Unopposed Motion to Stay submitted by Thorson. The Court has reviewed Mr. Aldrich's Application, and it appears to comply with the requirements of L.U.Civ. R. 83.1(d), including the exemption for submission of an application fee. It is the Court's understanding that the work done on this case by Mr. Aldrich and by Richard Klawiter is being performed on a *pro bono* basis. Mr. Aldrich will, therefore, be allowed to appear as counsel in this matter.

The Motion to Stay is based upon Mr. Thorson's Motion to Intervene in the case of *Richard Jordan, et al, v. Comm'r Marshall L. Fisher, et al.*; Civil Action No. 3:15cv295HTW-LRA, a challenge to Mississippi's lethal injection protocol that is pending in this Court. In light of the arguments of counsel and the agreement of the Respondents, the Court agrees that a stay is appropriate in this case. Thorson has asked that his case be stayed until the lethal injection case "is fully resolved." The orderly administration of the Court's docket requires, however, that the stay be of a more clearly defined duration. For that reason, this case will be stayed until thirty days after

the District Judge enters a final judgment in 3:15cv295. At that time, either party may seek a continuation of the stay, based on the status of any post-judgment proceedings.

IT IS THEREFORE, ORDERED that the Application for Admission *Pro Hac Vice* submitted by Nicholas Aldrich, Jr., [45] is hereby **GRANTED**, and Mr. Aldrich is authorized to proceed as counsel in this matter.

IT IS FURTHER ORDERED that the Unopposed Motion to Stay [46] is also **GRANTED**, and proceedings in this case are stayed until thirty days after the entry of a final judgment in the case of *Richard Jordan, et al, v. Comm'r Marshall L. Fisher, et al.*; Civil Action No. 3:15cv295HTW-LRA.

SO ORDERED, this the 10th day of March, 2016.

          s/ *Daniel P. Jordan III*
          UNITED STATES DISTRICT JUDGE